UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Liban O., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; Peter Berg, *Field Office Director for Enforcement and Removal Operations*; U.S. Immigration & Customs Enforcement; U.S. Department of Homeland Security; and John Doe, *Local Detention Authority*, <br><br> Respondents. | Civ. No. 25-4560 (JWB/ECW) <br><br><br> **ORDER TO RESPOND** |

Nicholas Ratkowski, Esq., Ratkowski Law PLLC, counsel for Petitioner.

Ana H. Voss, Esq., United States Attorney's Office, counsel for Respondents.

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Liban O. by **Monday, December 15, 2025**, showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness

of Petitioner's detention in light of the issues raised in the habeas petition (including to establish "changed circumstances," compliance with 8 C.F.R. § 241.13(i)(2)–(3), and steps taken toward removal);

      b.     A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims. Respondents should specifically address whether a Revocation Notice was served, whether an informal interview was conducted, and which country DHS contends is now willing to accept Petitioner and on what factual basis; and

    3.     If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by end of day **Wednesday, December 17, 2025**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

    4.     The matter will be taken under advisement on the papers unless this Court determines that a hearing is necessary.

Date: December 9, 2025                          *s/ Jerry W. Blackwell*
                                                       JERRY W. BLACKWELL
                                                       United States District Judge