# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Liban Ali Osman | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Numbers: 25-cv-4560 JWB/ECW |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, Peter Berg, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security, John Doe | |
| Respondents | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Petitioner Liban O.'s Emergency Petition for Writ of Habeas (Doc. No. 1) is **GRANTED IN PART**.
2. Respondents must release Petitioner from custody immediately, and in any event no later than 10:00 am CT on December 19, 2025, subject to and in accordance with the conditions in his preexisting Order of Supervision dated August 15, 2011.
3. No later than 10:00 a.m. CT on December 19, 2025, counsel for 12 Respondents must provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner was released from custody consistent with this Order.

| | |
|---|---|
| Date: 12/16/2025 | KATE M. FOGARTY, CLERK |